IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
CIVIL DIVISION

| | | |
|---|---|---|
| JAMES JEFFERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:08-CV-121-WKW |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2008-900060 |
| | ) | |
| BEST BUY CO., INC. and | ) | |
| HSBC BANK, NEVADA, N.A., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), defendants Best Buy Co., Inc. and HSBC Bank, Nevada, N.A., hereby give notice of the filing of a Notice of Removal in the United States District Court for the Middle District Alabama, Northern Division, and that this case has been removed to that Court. Attached hereto is a complete copy of the Notice of Removal.

Respectfully submitted,

_____
MICHAEL M. SHIPPER (SHI016)
KIRKLAND E. REID (REI023)

OF COUNSEL:

MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
Post Office Box 46
Mobile, Alabama 36601
(251) 432-1414

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this 19th day of February 2008, a copy of the foregoing document, via U.S. Mail, postage prepaid, to the following:

W. Whitney Seals
Pate & Cochrane
P.O. Box 10448
Birmingham, Alabama 35202-0448

Michael W. Lindsey
Weaver Tidmore, LLC
300 Cahaba Park Circle, Suite 200
Birmingham, Alabama 35242

Michael M. Shipper