IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES JEFFERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08-cv-121-WKW |
| ) | |
| BEST BUY CO., INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of Defendants' Unopposed Motion for Enlargement of Time to Plead in Response to Plaintiff's Complaint (Doc. # 4), it is ORDERED that the motion is GRANTED. The defendants shall plead a response to plaintiff's **on or before March 10, 2008.**

DONE this 28th day of February, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE