IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES JEFFERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08-cv-121-WKW |
| | ) |
| BEST BUY CO., INC. and HSBC Bank, Nevada, N.A., | ) ) |
| | ) |
| Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

Defendants Best Buy Co., Inc. and HSBC Bank, Nevada, N.A. make the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Best Buy Co., Inc.:

1. 6349021 Canada Ltd.
2. BBC Insurance Agency, Inc.
3. BBC Investment Co.
4. BBC Property Co.
5. BBCAN Financial Services, L.P.
6. BBY (Mauritius I) Ltd.
7. BBY (Mauritius II) Ltd.
8. BBY (Mauritius III) Ltd.
9. BBY Business to Business, ULC
10. BBY Holdings International, Inc.
11. BBY Marketing Solutions, LLC
12. BBY Networks, Inc.
13. Belltown Leasing, LLC
14. Best Buy (AsiaPacific) Limited
15. Best Buy Canada, Ltd.
16. Best Buy China Holdings, Ltd.
17. Best Buy China, Ltd.
18. Best Buy Co., Inc.
19. Best Buy Enterprise Services, Inc.
20. Best Buy Enterprises, S. de R.L. de C.V.
21. Best Buy Finance, Inc.
22. Best Buy Gov, LLC
23. Best Buy Holdings B.V.
24. Best Buy International Financia, S.a.r.l.
25. Best Buy Istanbul Magazacilik Limited Sirketi
26. Best Buy Jiangsu Ltd.
27. Best Buy Mobile
28. Best Buy Purchasing, LLC
29. Best Buy Shanghai, Ltd.

30. Best Buy Stores, Puerto Rico, LLC
31. Best Buy Stores, L.P.
32. Best Buy Stores, S. de R.L. de C.V.
33. BestBuy.com, LLC
34. CCL Insurance Company
35. CP Gal Ritchfield, LLC
36. CultureRx, LLC
37. FutureGard Reinsurance, Ltd.
38. Geek Squad Europe, Ltd.
39. Howell & Associates, Inc.
40. Jiangsu Five Star Appliance Co., Ltd.
41. Jiangsu Five Star Capital, Ltd.
42. Jiangsu Five Star Investment, Ltd.
43. Magnolia Hi-Fi, Inc.
44. Nichols Distribution, LLC
45. Pacific Sales Kitchen and Bath Centers, Inc.
46. Redline Entertainment, Inc.
47. Siberra Corp.
48. Speakeasy Broadband Services, LLC
49. Speakeasy, Inc.
50. vpr Matrix (Bermuda) Limited
51. vpr Matrix (Canada) Company
52. vpr Matrix (Hong Kong) Limited
53. vpr Matrix (U.K.) Limited
54. vpr Matrix B.V.
55. vpr Matrix, Inc.

HSBC Bank, Nevada, N.A.:

1. HSBC Finance Corporation
2. Household International
3. HSBC Holdings, P.L.C.
4. Beneficial Corporation


March 5, 2008                              s/Michael M. Shipper
Date                                       MICHAEL M. SHIPPER (SHIPM7574)
                                           KIRKLAND E. REID (REIDK9451)
                                           Attorneys for Defendants


OF COUNSEL:

Miller, Hamilton, Snider & Odom, LLC
P.O. Box 46
Mobile, AL  36601
(251) 439-7530

**CERTIFICATE OF SERVICE**

     I do hereby certify that I have on this 5th day of March, 2008, filed the foregoing using the CM/ECF system which will notify the following of such filing:

W. Whitney Seals, Esq.
Pate & Cochrane
P.O. Box 10448
Birmingham, Alabama 35202-0448

Michael W. Lindsey, Esq.
Weaver Tidmore, LLC
300 Cahaba Park Circle, Suite 200
Birmingham, Alabama 35242

                                                  s/Michael M. Shipper_____
                                                  MICHAEL M. SHIPPER