IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES JEFFERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cv-121-WKW |
| | ) | |
| BEST BUY COMPANY, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

It is ORDERED that the plaintiff shall file a response to Defendants' Motion to Compel Arbitration and to Stay Proceedings, or in the Alternative, to Dismiss (Doc. # 7), **on or before April 1, 2008.** The defendants shall file a reply on or before **April 15, 2008.**

DONE this 13th day of March, 2008.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE